Case No. 2 for Case 144, United States of America v. Terrence London II Argument not to exceed 15 minutes per side Ms. Casey Brinty, you may proceed for the appellant May it please the Court and good morning Casey Brinty on behalf of the appellant, Mr. London I'd like to reserve three minutes for rebuttal Fine Thank you This morning, I'd like to focus on the second issue presented in Mr. London's brief The erroneous omission of his prior felon and possession conviction While standing accused of the same crime during trial Neither the Open the Door Doctrine nor Federal Evidence 404-B Allow for the omission of this propensity evidence The relevant testimony that the District Court pointed to That allegedly opened the door to this bad character evidence Was the Defense Counsel's cross-examination of Gallatin Police Officer Green During Day 2 of the trial The prior felon and possession conviction was not omitted in response Or to rehabilitate any kind of misleading or prejudicial testimony During this cross-examination elicited from Defense Counsel Instead, it was given during Day 3 of trial When the government had moved on to approving Counts 4 through 6 They were no longer talking about the November 2021 incident Which was to support Officer Green's belief that Mr. London had a firearm on that day And that's why they responded the way they did So this prior conviction was not used to bolster or support Officer Green's testimony When it was given during a different witness Who was not part of the same police department Who had no knowledge of why Officer Green responded in November 2021 the way he did We have moved on to approving the June 2022 events And that had to do with the contested constructive possession of the Toyota Camry Also, it's important to know So my understanding is that Defense Counsel said And the only basis for that belief that London was armed Was that Owens told dispatch that London had a gun on him then, right? Correct that this is where the testimony comes in Correct, Your Honor Okay, so when Defense Counsel says the only basis for that belief Was that Owens told dispatch that London had a gun on him Then why isn't the officer entitled to say what the other bases might be? Your Honor, the officer is entitled and he did He said that his belief was he knew Mr. London had a previous violent history I believe of having firearms So, I mean, this is an incident of piling on at this point Because we're no longer with Officer Green and supporting his testimony We don't have any misleading or incorrect testimony for the government to correct any longer We're on day three of trial on a separate day We have moved on to proving different charges on a completely different part of the year So this is no longer opening the door, Doctor And this is territory of Federal Rule of Evidence 404B But we see the record shows that the District Court didn't engage in any kind of inquiry of Rule 404B And whether or not this would be admissible for any purpose that the government did state And that was the lack of accident, absence of a stake and knowledge The District Court didn't, you know, importantly weigh Whether or not this prejudicial testimony had some kind of probative effect That would outweigh the prejudicial impact that it obviously would have You know, this Supreme Court tells us in Old Chief That the admission of a conviction that the individual stands accused of during trial Is obviously prejudicial So we know that this is an error, this was prejudicial testimony We have no analysis of whether or not this... So would that analysis be necessary if the testimony was allowable because of opening the door? Would the District Judge still have to go through the 404B and 403 analysis? Your Honor, I believe maybe not the 404B analysis for the stated reason But definitely the 404 or 403 analysis of weighing still Whether or not this evidence has probative value that outweighs the prejudicial impact But it's not, the 403 balancing is not just probativeness versus prejudice It's probativeness versus unfair prejudice And so why, can you qualify why this is unfair prejudice? Your Honor, this is unfair prejudice Because we don't have any case law that I'm aware of in this court Where we allow the admission of a prior felon in possession conviction From several years prior To establish an element of the current crime or charge as felon in possession The government cannot point to any reason of this prior felon in possession Showing knowledge aside from propensity evidence And we see that in page ID 46 of the government's brief That they admit that this is propensity evidence Because Mr. London had possessed a firearm several years ago He must have possessed a firearm now in this June 22, 2022 incident Can you remind me when, it's Sergeant Turner, right? Who testifies to yes, there was this conviction And answers yes when the prosecutor asks him In what context does that come in? I know you say it's like three days later after Officer Green's testimony, right? In what context is he testifying about the prior conviction? Your Honor, it was a day after Oh, a day after, sorry And in the context I believe was just kind of a opening up Hey, I'll have to go back and look at the transcript to make sure But I believe it was just, and you're aware that Mr. Are you aware that Mr. London has a 2018 conviction for being a felon in possession? Correct, Your Honor So, and as you said, the day before the testimony comes out from Officer Green Which I understand you're not contesting that Officer Green says He has a previous violent history of firearms Correct, Your Honor Is there a lot more harm in terms of like looking at harmlessness from this one Like yes, he had a prior conviction come in Is that really doing a lot of work here? I believe it is, Your Honor Because I think this goes back to what the Supreme Court said in Old Chief That when the jury hears that an individual has the same prior conviction That they're now standing accused of They're not going to be able to put that aside It's going to So even beyond like having a prior violent history of firearms Do you think just naming the conviction specifically is doing a lot of work? Yes, Your Honor Because now we're talking about the same elements of the crime there That he's already been convicted of And now he must have Since he's been convicted of this in the past He must have had knowledge here Or had the possession here Because he's done it before But was this So the exchange with Sergeant Turner Where Sergeant Turner was told just answer yes or no And he says yes That there was this 2018 prior conviction Could we move on to the question of harmless error That it really is just a simple aside Granted it is the exact same crime as one of the three crimes of conviction here But it Correct me if I'm wrong The government doesn't make a big deal about this statement Does the government in terms of its argumentation later on in the case Or anything else? No, the government does not mention the prior conviction later on in the case Or in their closing statements But I think it's notable that there was no limiting instruction When this prior conviction was introduced to the jurors So Was there a request for a limiting instruction then? Your Honor, not at the time of when it was admitted And was there one later on? It was Objected to when the government Noted their prior 404B notice And wanted to introduce the testimony that day during day three of trial So that morning is when it was objected to But it was not objected to during the admission When the jury heard it He has a prior felony Possession conviction There's no limiting instruction given And we see how contentious these jury deliberations were There was a split verdict And I think this shows even greater harm Or evidence that this was a close case And again, I think this ties into issue one There's not overwhelming evidence in this case Where the government was proving constructive possession There's no direct evidence here There's a lot of circumstantial evidence That requires the jurors to Stack inferences on inferences To show that Mr. London Must have been in the Toyota Camry So he must have possessed this firearm But now we have this prior felony Possession conviction on top of it That is Giving the jurors Some kind of propensity evidence To say, well, if you're not convinced On our stacked inferences Well, here's this bad character evidence That he's done this before He's likely to have done it again Wasn't there actually evidence Of actual possession of the firearm? It was found on the driver's seat, correct? And he was the only occupant Of the Camry According to one of the marshals Who allegedly had Saw him Back up the Toyota Camry But there is a gap in time From the U.S. marshals Where they admit that they don't know How the firearm was discovered So we have at least a two minute Gap or so where The door was left open We're not sure who opened it The marshals admitted they don't remember If it was A client who left the door open Or whether it was one of them who opened it And maybe they cleared the car before Deputy Frazier Found the firearm With the door wide open And it sitting on the front seat So there is This lack of evidence Or direct evidence That this was actually in plain view We're not sure of how this firearm was found And that was admitted by the Deputy marshals as well And if there's no more further questions I'll yield the rest of my time to rebuttal Thank you Good morning your honors May it please the court, Nick Golden on behalf of the United States We are defending The district courts exercise of discretion In it's opening the door ruling But I think we also have a very strong Harmless error argument that some of your honors Questions have touched on already And so I want to make sure I Fully articulate that to the court this morning The harmless error argument starts With the proposition that this isn't If this was an error it was a non-constitutional error And so we're here under the lower standard For non-constitutional errors And under that standard this court can have A fair assurance that the jury's verdict Was not substantially swayed by the admission Of this conviction The evidence that Mr. London possessed The gun and the drugs In the Camry was very strong And start with just Mr. London's Connection to the Camry There's really no doubt on the evidence That Mr. London got out of that Camry Deputy Marshal Frazier testified clearly That he saw Mr. London get out Of the driver's door of that car Then Mr. London's own statements Are that his children's shoes Are in the trunk of the Camry That statement was testified to by both Deputy Marshal Frazier And by another member of the Fugitive Task Force that was there So you've got eyewitness testimony Mr. London getting out of the car Nobody else is in the car And Mr. London says his kids shoes are in the trunk I think that's very strong evidence he was in the car The only question at that point is Is there some reason to doubt That Mr. London might have known That the gun was sitting there In plain view on the driver's seat And there's not because the testimony That we have is Deputy Frazier Deputy Frazier testifies That from when the other officers Arrive on the scene It's only 20 to 25 seconds Until he gets to the door of the Camry And he sees the gun sitting in plain view on the driver's seat It just seems so weird To have the gun on the driver's seat Because he was driving the car So was he sitting on the gun? Judge Moore as we said In the brief that is possible It's also possible he had it somewhere else And he just put it on the seat when he got out of the car I think it's not That's why we said I think there's two different Actual possession possibilities Number one is he's just driving around With it on the seat Sort of like in this court's case in Morrison Where a defendant was Had the gun right there next to his hip Basically on the seat And this court said that's actual possession Or he had it somewhere else On the floor board in his lap Or something and he just set it down When he got out of the car But either way I agree it's not direct evidence It's circumstantial evidence But it's a strong inference That he at the very least Put it on the seat before he got out of the car And like this court has said in Brooks There's no minimum amount of time You have to possess it For actual possession And then The other piece of evidence From Deputy Frazier That I was going to get to Was that Deputy Frazier's testimony Was clear at trial that he didn't see Anybody else go near the Camry Or access it the whole time he was there And so I don't think there's Any reason to doubt that That gun was sitting in plain view On the driver's seat when Mr. London Got out of the car I would like to ask you About the conflict issue But I don't want to move us off Okay Can you just walk me through A little bit the government's argument About the conflict Between one defense counsel Representing The lab tech who has found Have committed Violations or at least resigned because of Violations and the concurrent representation I understand that This was kind of discovered You know After trial but Defense counsel is still Representing Mr. London At the time and if it is found out That you have Just hypothetically here You have a corrupt lab tech Who has tainted some results Maybe has tainted others Wouldn't that be grounds that a defense attorney Might come back and say More investigation of this lab tech Needs to happen Maybe it should give my client a new trial And here Counsel would be conflicted Because it's going to have to Either implicate one client In more tainting and things But could be helpful To Mr. London Yes your honor I'm happy to address that I want to say one thing before I get Into the meat of the response This is just like a factual clarification In Mr. London's reply brief He refers to the lab tech a couple times As a government witness She was not a government witness She did not testify at trial The parties stipulated But you know you might say Oh well we found this new evidence later Had we known that She was cooking the books on stuff We wouldn't have stipulated I take the point your honor Yes no no sorry So I just think the timeline is important here So this trial Takes place in February And it ends in early March 2023 This misconduct by the lab tech Is in September of 2023 So it's more than 6 months after the trial ends The record Suggests that Mr. Koshy The counsel Doesn't start representing the lab tech Until November of 2023 So now we're 8 months after trial But how are we How is defense counsel certain Well you said that the misconduct Takes place in a narrow window But how are we certain That the misconduct takes place In just a narrow window Particularly at the time That he's doing the dual representation Well that is the only misconduct That there's any Evidence of What is the misconduct The misconduct was that she had used I don't think the investigation was Completed because she resigned Under investigation But the allegations were that she had used Expired chemicals in a test And then had tried to cover that up But isn't that the point Even if she's only found To have You know Engaged in misconduct For smaller things If he was not conflicted In his loyalties That maybe he would have pressed For further investigation Well this is exactly Sorry Once Mr. Koshy Is made aware of this Potential conflict What he does is Mr. London has three attorneys They all file a motion for leave To file a successive new trial motion And they bring it to the court's attention And what the court does Is it allows all three of his attorneys To withdraw the other two for other reasons It appoints new counsel And the district court didn't say You cannot file this motion The district court said If new counsel takes a look at it And wants to move for leave To file a successive motion They're free to do so Mr. London's newly appointed counsel Never filed that motion You would say Maybe there's not really a decision On whether there was a conflict Whether it was prejudicial Or things like that Because no real motion By this new counsel ever came to be Exactly I would say They came to the district court Brought this to the district court's attention The district court said Okay, you're relieved Here's new counsel If you want to seek leave To file this motion Go ahead And new counsel didn't do it The other thing I'd say about this Is I think My understanding is It's an ineffective assistance claim That the argument is That because Mr. Koshy Was allegedly under this conflict That he didn't provide effective assistance I think it's now focusing As your honor is pointing out On the post-trial briefing Not so much the trial itself This court's typical practice Would not be to consider An ineffective assistance claim On direct appeal Usually you'd wait to Post-conviction proceedings When there's an opportunity To develop a record on it Because as I think Your honor's question It may be ineffective Of the new counsel For not filing There's just no record One way or the other I did want to get back I appreciate the question To finish the harmlessness answer From before I talked about the strength of the evidence On the prejudice side As the court's questions to my friend Were suggesting I do think there's very limited prejudice here There's already evidence in the record About Mr. London having a history of firearm possession This is just kind of fleshing out That it's not just some vague history It's actually a concrete conviction Even before This testimony about the conviction Came in on cross-examination Of Deputy Frazier Mr. London's own counsel had already referred to Mr. London As a convicted felon With prior felony convictions Because defense counsel Was trying to make a strategic point That it wouldn't have made sense for Mr. London To leave a gun in plain view under those circumstances So it wasn't news to the jury That he had this conviction You said prior felony convictions That's not necessarily Prior gun convictions That's correct, your honor There I'm focusing on The fact that he has convictions That's right The fact that it was for possessing a firearm That would have been new information That's right I would also point out When Sgt. Turner was being cross-examined By Mr. London's counsel This is after the conviction has come in This is at page ID 2490 If the court wants to look at it Mr. London's counsel Has Sgt. Turner disavow This exact propensity inference He walks Sgt. Turner through And says the fact that Mr. London had this conviction before That doesn't mean he possessed the gun here And Sgt. Turner agrees with that And then the court did give a limiting instruction To the jury at the end of the trial That the jury was not to consider This as evidence of his guilt So all those things I think limited Had there been a request for a limiting instruction When the 2018 conviction Did come in Through the question to Sgt. Turner No, your honor There was not a request for a limiting instruction at that time It was only later When the jury was being given its full instructions And then I think The last two things I'll say about harmless error I think the court needs to look at How this evidence came in In the context of this trial as a whole So it's one piece of evidence On day three of a lengthy Ten day trial It's not referred to again The government did not refer to it in closing statements This court's precedent suggests That militates against a finding of harmful error And then you should look at what the jury actually did In this case And what the jury did Is they acquitted Mr. London Of counts one through three Based on the Gallatin incident In that incident he was also alleged To have constructively possessed a gun It was a gun that was found on a bed In the same apartment Mr. London was in And so I just think that If the jury had really been overcome With prejudice from this They would not have acquitted Mr. London Of similar conduct on a separate instance In the same trial I'm sort of curious Somewhat of an academic Question If you have a finding Hypothetically That in doing the 403 balancing The probative nature Is outweighed By the unfair Prejudicial nature of the particular Testimony Can you then go on to say Oh but it's harmless error Or is there an internal inconsistency In saying that there is such Unfair prejudice In the 403 balancing That the district judge Hypothetically was wrong To allow that evidence to come in But then say oh but it's harmless It seems to me that there's a big contradiction there I disagree there's a contradiction your honor I think that when you're It could be that For example The probative value could be very small And the prejudicial value could also be small But it could just be bigger in comparison Or It could be that it's extremely probative And also extremely prejudicial But When you're doing the harmless error Analysis you're looking at the trial as a whole And so the mere fact that The prejudice might outweigh That the prejudice might substantially Outweigh the probative Value of the evidence under 403 Does not answer the separate question of whether The jury's verdict was swayed by it In the context of the whole trial And you're using just the word prejudice in 403 But isn't it unfair prejudice That's right And so doesn't that mean then That it's especially Prejudicial Of a special nature It's unfair prejudice I think what this court has I think the meaning of unfair prejudice is really just like Prejudice that Evidence Prejudicial otherwise you wouldn't be Yes Evidence that shows the defendant is guilty is prejudicial But it's not unfairly prejudicial So I think that's what unfairly means It's not like unfair in the sense that it causes Harmful error in the context of the whole trial I'm happy to take Any questions the court has on the jury Issues I have one question on the jury issue Which may also be a little academic So you'll indulge me For a second But we have this distinction In our case law Between kind of internal To the jury And internal deliberations And pressure And external forces And I'm curious To the extent that There is Like Just take a hypothetical Which may or may not really Map onto here But you know If one juror threatens another jury Another juror Like if they threaten their family Or to do something maybe after the trial Or something like that If they don't join a vote I think our case law kind of puts that In the external bucket That's family outside or things like that But here we have some notes That maybe suggest Internal verbal altercations That get quite hot And some sense of We'll take this outside or things like that Would you consider a Physical threat From one juror against another juror During the course of Deliberations To be internal or external In the scope of our case law I see I'm running low on time I want to say A few things about that Can I first just say As applied to this case and then answer your question more generally So in this case The only mention in the record Of anything close to a threat of violence Is what your honor is referring to Which is on the first day of deliberations Juror number 5 He is the one who says Let's take this outside to another juror And the district court did look into that The district court interviewed juror number 2 And juror number 12 about that They concluded that the situation had calmed down Juror number 5 had cooled off And so there wasn't any further investigation into that That was requested And so that's this case And now I want to take your honor's question So maybe we don't have to address what would really be internal or external But we have these rule statements That then we apply in various cases And I wouldn't want us to kind of Misarticulate how we're Demarcating internal or external I understand the question I think like in an extreme Example like if you had One juror who said to another You know you need to vote To convict or I am going to Assault you after these proceedings are done Or shoot you or something I think that would have to be something That could be testified to It's internal in the sense that it's in the In the deliberations But I think the court Would have to make an exception For that somehow Thank you Your honor Your honor if I could respond To the juror question I think here it was not just The evidence on the first day of the Deliberations that things have gotten heated But I think it's relevant that Juror number five's note said You know the other jurors were Getting loud with him And this was never addressed on the record It was just read into And read into the record And the rest of the jury was brought in to read the verdict When we have this history Of Any deliberations almost leading To blows or physical altercations And now we have More notes coming to the district court That deliberations are getting Loud again The district court had a duty to Inquire into those deliberations To make sure that As your honor suggested that there was No any underlying threats Going on within the deliberations That would take this case Into external pressures Instead of internal And again I would note that On the briefing we discussed that Defense counsel merely Asked to interview Juror number five not to admit any testimony And so the federal rule Of evidence 606B should not control As to that issue As to The harmless error Issue for the Prior felon in possession conviction I just want to briefly note That this court's precedent United States vs. Jenkins should control It's a very similar case here where The defendant Mr. Jenkins was Facing the same if not Yeah the same exact Charges that Mr. London was facing And the Prejudicial prior conviction was Again to prove knowledge That because Mr. Jenkins had possessed Contraband Or I think it might have been Some kind of controlled substance in the past At the same address that he was found at Years later also possessing Controlled substances That this was unduly Prejudicial Unfair prejudice and because That case was also a constructive Possession case It arguably had a lot stronger evidence there Of constructive possession Than here in Mr. London's Case This court found that It could not be harmless error That that was Piling on The jurors were going to use that prior Conviction for the stated purpose That 404B does not want jurors To use it for and that is to show That because the individual had committed the same Crime in the past he was likely To do it again As to The Government's admission of The evidence that was connecting Mr. London To the Toyota Camry Just wanted to briefly mention that The shoes Allegedly Mr. London Acknowledged in the trunk of the car Were picked up by Again another individual Ms. Walker Who was shown to have rented the vehicle In the first place which Shows that he did not have exclusive possession Of the Toyota Camry Thank you Thank you your honors Thank you both for your argument The case will be submitted